**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6844**

---

KENNETH LEWIS YORK,

         Plaintiff - Appellant,

     v.

J. ANDREWS, Warden,

         Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:21-cv-00080-RAJ-LRL)

---

Submitted:  November 17, 2022              Decided:  November 23, 2022

---

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Lewis York, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lewis York, a federal prisoner, appeals the district court's order denying his requests for postjudgment relief after the district court dismissed his 28 U.S.C. § 2241 petition, which the court construed as an action raising claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because York's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*